Sent from my iPhone

Begin forwarded message:

**From:** shanahan.jon@gmail.com
**Date:** September 2, 2025 at 6:01:48 PM CDT
**To:** jon shanahan <shanahan.jon@icloud.com>
**Subject: Complaint**

RECEIVED
SEP 03 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court

District of Minnesota

Jon Patrick Shanahan,

Plaintiff,

v.

Commissioner of the Minnesota Department of Human Rights, in her official capacity,

Defendant.

Case No.  25-cv-3472-JWB/DTS

Complaint for Declaratory and Injunctive Relief

Introduction

1. This is a civil rights action under Title II of the Americans with Disabilities Act (42 U.S.C. § 12132), Section 504 of the Rehabilitation Act (29 U.S.C. § 794), and the Minnesota Human Rights Act (Minn. Stat. § 363A.12).

2. Plaintiff, a deaf individual, seeks declaratory and injunctive relief to prevent the Minnesota Department of Human Rights ("MDHR") from arbitrarily refusing to process his disability discrimination complaint and thereby obstructing his statutory rights.

Jurisdiction and Venue

3. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 (federal question and civil rights jurisdiction).

4. Declaratory relief is authorized under 28 U.S.C. §§ 2201–2202.

5. Venue is proper in this District under 28 U.S.C. § 1391(b), as the Defendant resides and the events occurred in Minnesota.



## Parties

6. Plaintiff Jon Patrick Shanahan is a resident of Brooklyn Park, Minnesota, who is deaf and requires American Sign Language (ASL) interpretation and accessible communication.

7. Defendant is the Commissioner of the Minnesota Department of Human Rights (MDHR), sued in her official capacity.

## Factual Allegations

8. Between 2021 and 2025, Plaintiff filed multiple complaints with MDHR regarding disability discrimination, denial of ASL interpreters, and inaccessible communications by public entities.

9. MDHR consistently accepted and docketed these complaints, leading to settlements and corrective actions.

10. On August 25, 2025, Plaintiff filed another complaint (Request #237046) regarding denial of ASL access in public meetings and official communications.

11. MDHR refused to accept the complaint, claiming it was "outside jurisdiction," despite the complaint being virtually identical to prior accepted filings.

12. The refusal occurred immediately after MDHR mistakenly sent Plaintiff another person's confidential data and instructed Plaintiff to delete it, suggesting retaliation.

13. The intake letter contains internal contradictions, acknowledging that disability is a protected characteristic under the MHRA while simultaneously claiming Plaintiff's complaint is not covered.

14. By refusing to docket Plaintiff's complaint, MDHR has obstructed Plaintiff's access to remedies under state and federal law.

15. Plaintiff continues to be denied equal access to government meetings, official communications, and court proceedings.

16. Plaintiff will suffer irreparable harm absent court intervention, as his ability to enforce disability rights is being blocked at the administrative gatekeeping level.

## Claims for Relief

### Count I – Violation of Title II of the ADA (42 U.S.C. § 12132)

17. Defendant, a public entity, has denied Plaintiff access to public services and the complaint process on the basis of disability.

### Count II – Violation of Section 504 of the Rehabilitation Act (29 U.S.C. § 794)

18. Defendant receives federal funding and has denied Plaintiff participation in services and benefits solely on the basis of disability.

### Count III – Violation of the Minnesota Human Rights Act (Minn. Stat. § 363A.12)

19. Defendant's refusal to docket Plaintiff's disability complaint constitutes unlawful discrimination and retaliation under state law.

Relief Requested

Plaintiff respectfully requests that this Court:

A. Declare that Defendant's refusal to docket Plaintiff's complaint violates the ADA, Section 504, and MHRA;

B. Issue a preliminary and permanent injunction ordering Defendant to accept and investigate Plaintiff's complaint;

C. Prohibit Defendant from retaliating against Plaintiff for exercising disability rights;

D. Award Plaintiff attorney's fees and costs under 42 U.S.C. § 1988 and other applicable law;

E. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,
Dated: September 3, 2025

/s/ Jon Patrick Shanahan

Jon Patrick Shanahan

6016 91st Trail N

Brooklyn Park, MN 55443

Phone: 612-819-8825

Email: Shanahan.jon@gmail.com

Plaintiff, Pro Se